AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

LANCE SPENCER,

Petitioner,

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: CV419-184
CR418-171

UNITED STATES OF AMERICA,

Respondent.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, purusant to the Order of the Court dated June 7, 2021, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court. Accordingly, Petitioner's motion to vacate, set aside, or correct his sentence is denied. COA is denied and this case stands closed.

| | | |
|---|---|---|
| June 8, 2021 | | John E. Triplett, Clerk of Court |
| Date | | Clerk |
| | | *Candy Ashbell* (signature) |
| | | (By) Deputy Clerk |